Before STATE INDUSTRIAL BOARD, Respondent. THOMAS EGAN, Respondent, v. GENESEE BRIDGE COMPANY and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, in order that the Board may take proof and make a finding as to whether or not

---

*Formerly Workmen's Compensation Law of 1914, § 15, subd. 5, as amd. by Laws of 1917, chap. 705; since amd. by Laws of 1920, chap. 532.— [REP.

the claimant unreasonably neglects to undergo an operation to remove the disability for which the award is made. All concur.